# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 28, 2021

Lyle W. Cayce
Clerk

No. 20-11133
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Alicia Lynn Roddy,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-135-1

Before Dennis, Costa, and Engelhardt, *Circuit Judges*.

Per Curiam*

The attorney appointed to represent Alicia Lynn Roddy has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Roddy has not filed a response. We have reviewed counsel's brief

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-11133

and the relevant portions of the record reflected therein. This appeal arises after our court previously remanded the case for resentencing. *United States v. Roddy*, 812 F. App'x 285 (5th Cir. 2020). We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.